IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SURESHBHAI PATEL,<br><br>            Plaintiff,<br><br>vs.<br><br>DIRECTOR, U.S. CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>            Defendant. | 8:25CV89<br><br>ORDER OF DISMISSAL |

This matter comes before the Court on the plaintiff's Notice of Voluntary Dismissal (Filing No. 10). Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A) and (a)(2), the Court finds dismissal is proper and grants the motion.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this case be dismissed without prejudice. Furthermore, Defendant's Motions to Dismiss, Filing No. 5, and Strike, Filing No. 8, are denied as moot.

Dated this 18th day of June, 2025.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge